# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-4155
DIRECT FAX
(917) 777-4155
EMAIL ADDRESS
LAWRENCE.SPIEGEL@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

June 19, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-13

RECEIVED

JUN 20 2013

LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   United States v. Rajiv Goel, No. 10 Cr. 90 (LAP)

Dear Judge Preska:

This letter is respectfully submitted on behalf of our client, Rajiv S. Goel, who is currently serving a term of two years' probation after being sentenced by Hon. Barbara S. Jones on September 24, 2012. As described in greater detail below, with the Court's permission Mr. Goel is currently serving his term of probation in India to allow for his employment, but the Order allowing him to remain abroad will expire on July 8, 2013. With the consent of the Government and the Probation Office, we respectfully request that Mr. Goel be permitted to remain in India for the remainder of his term of probation, and be permitted to travel internationally for business purposes, provided that he notify his probation officer prior to traveling.

On March 8, 2013, the Court granted a request submitted on behalf of Mr. Goel, permitting him to serve four months of his term of probation in India in order to commence employment with Jindal Steel & Power, subject to conditions agreed with both the Government and the Probation Office. Under his agreement with the Government, Mr. Goel was required to obtain an employment contract with Jindal Steel & Power within two weeks of arriving in India, and was required to comply with electronic reporting obligations imposed by the Probation Office for the Southern District of New York. This included at least one in-person meeting with his probation officer in New York during the four-month stay in India permitted by the Court's March 8, 2013 Order.

Honorable Loretta A. Preska
June 19, 2013
Page 2

Mr. Goel arrived in India on March 12, 2013, and we are pleased to report that he successfully obtained an employment contract with Jindal Steel & Power within the allotted time period. The Government and the Probation Office have informed us that over the past three months, Mr. Goel has complied fully with his electronic reporting obligations, and on June 6, 2013, Mr. Goel reported in person to Enid Febus, his assigned probation officer in the Southern District of New York. As such, Mr. Goel has met all of the conditions set forth in the Court's March 8, 2013 Order.

The Court's Order granting Mr. Goel permission to remain in India will expire on July 8, 2013, and in order to allow Mr. Goel to continue his employment, we respectfully request that the Court modify the terms of its March 8, 2013 Order, allowing Mr. Goel to serve the remaining 15 months of his term of probation in India. We have discussed this arrangement with the Government and the Probation Office, and both have consented to our request. Given Mr. Goel's full compliance with the reporting obligations imposed upon him by the Probation Office, neither the Government nor the Probation Office would require him to report in person to his probation officer in New York during the remaining 15 months of his probation. Consistent with the terms of the March 8, 2013 Order, Mr. Goel's continued residence in India would not impact his availability to the Government, in the event that he is required to provide information or testimony in any ongoing investigations or proceedings.

Additionally, we understand that Mr. Goel's employment responsibilities at Jindal Steel & Power may require international travel. We respectfully request that Mr. Goel be permitted to travel outside of India, provided that he notify his probation officer prior to traveling. Again, we have discussed this issue with both the Government and the Probation Office, and they have consented to this arrangement.

Mr. Goel therefore respectfully requests that the March 8, 2013 Order be modified, and that he be permitted to remain in India for the remainder of his term of probation, and be permitted to travel internationally under the conditions described above.

Respectfully Submitted,

_Larry Spiegel_  / RJB

Lawrence S. Spiegel

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 21, 2013